# UNITED STATES DISTRICT COURT

for the

Northern District of New York

United States of America
v.
JOHN FARINA
*Defendant*

Case No. 5:23-CR-226 (FJS)

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 06/15/2023

*Defendant's signature*

*Signature of defendant's attorney*

Stephen Lance Cimino
*Printed name of defendant's attorney*

*Judge's signature*

Hon. Frederick J. Scullin, Jr.
*Judge's printed name and title*